IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN USSACH, Derivatively on Behalf of ATLAS PIPELINE PARTNERS, L.P., | No. 2:10-cv-01533-LPL |
| Plaintiff, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| ATLAS ENERGY, INC., EDWARD E. COHEN, JONATHAN Z. COHEN, EUGENE N. DUBAY, TONY C. BANKS, CURTIS D. CLIFFORD, MARTIN RUDOLPH, MICHAEL L. STAINES, and ATLAS PIPELINE PARTNERS GP LLC | |
| Defendants, | |
| -and- | |
| ATLAS PIPELINE PARTNERS, L.P., a Delaware limited partnership, | |
| Nominal Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1), Plaintiff Steven Ussach voluntarily dismisses without prejudice the above entitled action, with each party to bear its own costs.

No opposing party has served either an answer or a motion for summary judgment in the present case. No opposing party has filed a counterclaim, nor has any opposing party filed any

motion adverse to the interests of Plaintiff herein.  Plaintiff has not previously dismissed any

federal or state court action based on or including the same claims as he asserted in this action.

Dated: February 22, 2010                    **CARLSON LYNCH, L.T.D.**


By: s/ Gary F. Lynch
    Gary F. Lynch (Bar No. 56887)
    36 N. Jefferson Street
    P.O. Box 7635
    New Castle, PA 16107
    Telephone: (724) 656-1555
    Facsimile: (724) 656-1556
    Email: glynch@carlsonlynch.com


**FARUQI & FARUQI, LLP**
Jacob Goldberg (Bar No. 66399)
101 Greenwood Avenue
Suite 600
Jenkintown, Pennsylvania 19046
Tel: 215-277-5770
Fax: 215-277-5771
Email: jgoldberg@faruqilaw.com

**GARDY & NOTIS, LLP**
Mark C. Gardy
James S. Notis
Charles A. Germershausen
560 Sylvan Avenue,
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337
Email: mgardy@gardylaw.com
    jnotis@gardylaw.com
    cgermershausen@gardylaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Beth Keller
369 Lexington Avenue, 10th Floor
New York, New York 10016
Tel: 212-983-9330
Fax: 212-983-9331
Email: nfaruqi@faruqilaw.com
      bkeller@faruqilaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: s/ Gary F. Lynch
Gary F. Lynch